No. 82–245. JALIFI *v.* INDUSTRIAL COMMISSION OF ARIZONA ET AL. Appeal from Ct. App. Ariz. dismissed for want of substantial federal question. JUSTICE WHITE would note

probable jurisdiction and set case for oral argument. ■